AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Robert Ciottoni<br><br>Defendant | Case: 1:24-mj-00094<br>Assigned To : Judge Robin M. Meriweather<br>Assign. Date : 3/7/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Robert Ciottoni _____,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a  Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- parade, demonstrate, or picket in any of the Capitol Buildings.

Date:     03/07/2024                                                                 2024.03.07
                                                                                      12:46:47
                                                                                      -05'00'
                                                            _____
                                                                *Issuing officer's signature*

City and state:    Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                             *Printed name and title*

---

### Return

This warrant was received on *(date)* 03/07/2024 , and the person was arrested on *(date)* 03/08/2024
at *(city and state)*  ▓▓▓▓▓▓▓▓▓  Philadelphia, PA

Date: 03/08/2024                              _____
                                                      T. McC [signature]
                                                    *Arresting officer's signature*

                                              Detective Thomas McCormick
                                                    *Printed name and title*